UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RE:    BARRY ALLEN EVANS | **Notice of Hearing** |
|            KAROLYN MAE EVANS | **October 24, 2019** |
| | **11:00 a.m.** |
|                    Debtor, | **U.S. Bankruptcy Court** |
| Chapter 13 | **Suite 300, The Madison Bldg.** |
| | **Courtroom 1** |
| Case No.:  19-15235-ELF | **400 Washington Street** |
| | **Reading, PA  19601** |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING

Lynn E. Feldman, Esquire, Attorney for Debtor has filed a Motion to Avoid the Lien of JMMPC Company.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1.    If you do not want the Court to grant the Motion to Avoid the Lien of JMMPC Company, or if you want the Court to consider your views on the Motion, then on or before**, October 14, 2019** you must do all of the following:

(a)    File an answer explaining your position at:

**United States Bankruptcy Court**
**Suite 300, The Madison Building**
**400 Washington Street**
**Reading, PA  19601**

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b)    Mail a copy to the Movant's Attorney:

Lynn E. Feldman, Esquire
Feldman Law Offices, P.C.
221 N. Cedar Crest Blvd.
Allentown, PA  18104
Telephone No.:  (610) 530-9285
Facsimile No.:  (610) 437-7011

     2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the Motion.

     **3.**    A hearing on the Motion is scheduled to be held before the Honorable Eric L. Frank on **October 24, 2019 at 11:00 a.m**. in **Courtroom 1, United States Bankruptcy Court, Suite 300, The Madison Building, 400 Washington Street, Reading, PA  19601.  Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).**

     4.    If a copy of their motion is not enclosed, a copy of one will be provided to you if you request a copy from the attorney named in paragraph 1(b).

     5.    You may contact the Bankruptcy Clerk's office at 610-208-5036 to find out whether the Hearing has been canceled because no one filed an answer.

Date*:  September 30, 2019*        */s/ Lynn E. Feldman, Esquire*
                                                            LYNN E. FELDMAN, ESQUIRE
                                                            Attorney for Debtors
                                                            PA I.D. No. 35996
                                                            221 N. Cedar Crest Blvd.
                                                             Allentown, PA  18104
                                                             (610) 530-9285