Certificate Number: 17082-PAE-DE-033502603

Bankruptcy Case Number: 19-15235



17082-PAE-DE-033502603

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 3, 2019, at 12:55 o'clock PM MST, KAROLYN M EVANS completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   October 3, 2019         By:    /s/Orsolya K Lazar

                                Name:  Orsolya K Lazar

                                Title: Executive Director