UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  BARRY ALLEN EVANS            : Chapter 13
        KAROLYN MAE EVANS
              Debtors            :

                                        : Bankruptcy No.  19-15235ELF

**O R D E R**

AND NOW, upon consideration of the the Chapter 13 Trustee's Objection to Proof of Claim Number 2 of CACH, LLC and  after a hearing, it is hereby **ORDERED t**hat the Objection is **SUSTAINED**.

The Proof of Claim No. 2 of CACH, LLC is **DISALLOWED.**

Dated: 10/25/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**