UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: BARRY ALLEN EVANS | : | |
| KAROLYN MAE EVANS | : | Chapter 13 |
| | : | |
| Debtors | : | Bankruptcy No: 19-15235-ELF |

## ORDER

AND NOW, upon the motion of Debtors to avoid an alleged judicial lien (Docket No. 2012-N-1277 in the Court of Common Pleas of Lehigh County, Pennsylvania) of JMMMPC Company in Debtors' exempt real property located at 1641 North 17th Street, Allentown, PA 18104, in Lehigh County, Pennsylvania,

AND, upon Debtors having asserted that the alleged lien is subject to avoidance pursuant to 11 U.S.C. § 522(b)(3)(B),

AND, upon Debtors having certified that adequate notice of the motion was sent to the lienholder and that no answer or other response to the motion has been filed,

I

IT IS HEREBY **ORDERED** that the motion is **GRANTED** by default and the above judicial lien of JMMMPC Company, if any, in Debtors' real property, described above, in Lehigh County, Pennsylvania is **AVOIDED**.

IT IS FURTHER **ORDERED**, pursuant to 11 U.S.C. §349(b)(1)(B), that dismissal of this case reinstates any lien avoided under Section 522.

Date: 10/25/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**