United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Barry Allen Evans  
Karolyn Mae Evans  
    Debtors

Case No. 19-15235-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Randi     Page 1 of 1     Date Rcvd: Oct 28, 2019  
                        Form ID: pdf900     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2019.  
db          Barry Allen Evans,    1641 N 17th St,    Allentown, PA   18104-9775  
jdb         Karolyn Mae Evans,    1641 N 17th St,    Allentown, PA   18104-9775

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
14381366      E-mail/PDF: resurgentbknotifications@resurgent.com Oct 29 2019 03:20:30     CACH, LLC,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587  
                                                                                                                                          TOTAL: 1

                ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2019 at the address(es) listed below:  
          LYNN E. FELDMAN    on behalf of Debtor Barry Allen Evans feldmanfiling@rcn.com  
          LYNN E. FELDMAN    on behalf of Joint Debtor Karolyn Mae Evans feldmanfiling@rcn.com  
          REBECCA ANN SOLARZ    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com  
          ROLANDO RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)   ecfmail@readingch13.com,   ecf_frpa@trustee13.com  
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com  
          SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com  
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                         TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  BARRY ALLEN EVANS         : Chapter 13
        KAROLYN MAE EVANS
              Debtors              :

                                   : Bankruptcy No.  19-15235ELF

**O R D E R**

AND NOW, upon consideration of the the Chapter 13 Trustee's Objection to Proof of Claim Number 2 of CACH, LLC and after a hearing, it is hereby **ORDERED** that the Objection is **SUSTAINED**.

The Proof of Claim No. 2 of CACH, LLC is **DISALLOWED.**

Dated: 10/25/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**