United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-15235-elf
Barry Allen Evans                                                         Chapter 13
Karolyn Mae Evans
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Randi              Page 1 of 1            Date Rcvd: Oct 28, 2019
                             Form ID: pdf900           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 30, 2019.
db          Barry Allen Evans,    1641 N 17th St,    Allentown, PA  18104-9775
jdb         Karolyn Mae Evans,    1641 N 17th St,    Allentown, PA  18104-9775

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 30, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 28, 2019 at the address(es) listed below:
          LYNN E. FELDMAN    on behalf of Joint Debtor Karolyn Mae Evans feldmanfiling@rcn.com
          LYNN E. FELDMAN    on behalf of Debtor Barry Allen Evans feldmanfiling@rcn.com
          REBECCA ANN SOLARZ    on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com
          ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
           ecfmail@readingch13.com,  ecf_frpa@trustee13.com
          SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
          SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
           ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                            TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: BARRY ALLEN EVANS : 
       KAROLYN MAE EVANS :    Chapter 13
                        :
            Debtors :    Bankruptcy No: 19-15235-ELF

## ORDER

AND NOW, upon the motion of Debtors to avoid an alleged judicial lien (Docket No. 2019-N-0917 in the Court of Common Pleas of Lehigh County, Pennsylvania) of Midland Funding, LLC in Debtors' exempt real property located at 1641 North 17th Street, Allentown, PA 18104, in Lehigh County, Pennsylvania,

AND, upon Debtors having asserted that the alleged lien is subject to avoidance pursuant to 11 U.S.C. Section 522(b)(3)(B),

AND, upon Debtors having certified that adequate notice of the motion was sent to the lienholder and that no answer or other response to the motion has been filed,

IT IS HEREBY **ORDERED** that the motion is **GRANTED** by default and the above judicial lien of Midland Funding, LLC, if any, in Debtors' real property, described above, in Lehigh County, Pennsylvania is **AVOIDED**.

IT IS FURTHER **ORDERED**, pursuant to 11 U.S.C. §349(b)(1)(B), that dismissal of this case reinstates any lien avoided under Section 522.

Date: 10/25/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**