UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    BARRY ALLEN EVANS<br>    KAROLYN MAE EVANS<br><br>    Debtors | Chapter 13<br>Bankruptcy No.19-15235-ELF |

## CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 9th day of January, 2020, by first class mail upon those listed below:

BARRY ALLEN EVANS
KAROLYN MAE EVANS
1641 N 17TH ST
ALLENTOWN, PA  18104-9775

**Electronically via CM/ECF System Only:**

LYNN E FELDMAN ESQ
FELDMAN LAW OFFICES PC
221 N CEDAR CREST BLVD
ALLENTOWN, PA  18104

*/s/ Deborah A. Earnshaw*
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee