# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Barry Allen Evans<br>            Karolyn Mae Evans<br>                              Debtor(s) | CHAPTER 13 |
| M&T Bank, its successors and/or assigns<br>                              Movant<br>                vs.<br>Barry Allen Evans<br>Karolyn Mae Evans<br>                              Debtor(s)<br><br>Scott Waterman<br>                              Trustee | NO. 19-15235 ELF<br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of M&T Bank, which was filed with the Court on or about **November 24, 2019, docket number 40**.

                                                         Respectfully submitted,

                                          By: **/s/ Rebecca A. Solarz, Esquire**
                                              Rebecca A. Solarz, Esquire
                                              KML Law Group, P.C.
                                              BNY Mellon Independence Center
                                              701 Market Street, Suite 5000
                                              Philadelphia, PA  19106
                                              215-627-1322
                                              Attorney for Movant/Applicant

February 3, 2020