```
                     United States Bankruptcy Court
                     Eastern District of Pennsylvania
```

In re:                                                        Case No. 19-15235-pmm
Barry Allen Evans                                             Chapter 13
Karolyn Mae Evans
       Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Randi              Page 1 of 1            Date Rcvd: Apr 06, 2020
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 08, 2020.
db/jdb         Barry Allen Evans,    Karolyn Mae Evans,    1641 N 17th St,    Allentown, PA   18104-9775

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 6, 2020 at the address(es) listed below:
              JAMES RANDOLPH WOOD    on behalf of Creditor    South Whitehall Township and South Whitehall
               Township Authority jwood@portnoffonline.com,    jwood@ecf.inforuptcy.com
              LYNN E. FELDMAN    on behalf of Debtor Barry Allen Evans feldmanfiling@rcn.com
              LYNN E. FELDMAN    on behalf of Joint Debtor Karolyn Mae Evans feldmanfiling@rcn.com
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              ROLANDO   RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: BARRY ALLEN EVANS | : | |
| KAROLYN MAE EVANS | : | CHAPTER 13 |
| | : | |
| Debtors | : | Bky No. 19-15235-PMM |

## O R D E R

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by the Debtors' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$4,000.00**.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2 less **$ 1,190.00** which was paid by the Debtors prepetition, to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

**Date:** April 6, 2020

_Patricia M. Mayer_
**Patricia M. Mayer**
**U.S. BANKRUPTCY JUDGE**