United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                    Case No. 19-15235-pmm

Barry Allen Evans                                                                              Chapter 13

Karolyn Mae Evans

     Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 27, 2021 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2021:**

**Recip ID**          **Recipient Name and Address**
db/jdb                    Barry Allen Evans, Karolyn Mae Evans, 1641 N 17th St, Allentown, PA 18104-9775

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2021                                    Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2021 at the address(es) listed below:**

**Name**                              **Email Address**

JAMES RANDOLPH WOOD
                                            on behalf of Creditor South Whitehall Township and South Whitehall Township Authority jwood@portnoffonline.com
                                            jwood@ecf.inforuptcy.com

LYNN E. FELDMAN
                                            on behalf of Debtor Barry Allen Evans feldmanfiling@rcn.com

LYNN E. FELDMAN
                                            on behalf of Joint Debtor Karolyn Mae Evans feldmanfiling@rcn.com

REBECCA ANN SOLARZ
                                            on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com

ROLANDO RAMOS-CARDONA
                                            on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
                                            ECFMail@ReadingCh13.com

Scott F Waterman
                                            on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

District/off: 0313-4                              User: admin                                   Page 2 of 2
Date Rcvd: Sep 27, 2021                          Form ID: pdf900                             Total Noticed: 1

United States Trustee

        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Barry Allen Evans<br>Karolyn Mae Evans<br><div align="center">Debtor(s)</div> | CHAPTER 13 |
| M&T Bank<br><div align="center">Movant</div><br>vs. | NO. 19-15235 PMM |
| Barry Allen Evans<br>Karolyn Mae Evans<br><div align="center">Debtor(s)</div> | 11 U.S.C. Section 362 |
| Scott Waterman<br><div align="center">Trustee</div> | |

### STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1.    The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$4,639.81,** which breaks down as follows:

| | |
|---|---|
| Post-Petition Payments: | July 2021 through September 2021 at $1,547.43/month |
| Suspense Balance: | ($2.48) |
| **Total Post-Petition Arrears** | **$4,639.81** |

2.    The Debtor(s) shall cure said arrearages in the following manner:

   a)    On or before September 30, 2021, Debtor(s) shall tender a down payment of **$4,639.81.**

   b)    Beginning on October 1, 2021, maintenance of current monthly mortgage payments to the Movant thereafter.

3.    Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4.      In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor(s) and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

5.      The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6.      If the case is converted to Chapter 7, the Movant may file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

7.      If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8.      The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9.      The parties agree that a facsimile signature shall be considered an original signature.


Date:__September 9, 2021____          ___/s/Rebecca A. Solarz, Esq.___
                                       Rebecca A. Solarz, Esq.
                                       Attorney for Movant


Date:__9/15/21____                     _Lynn E Feldman_
                                       Lynn E. Feldman Esq.
                                       Attorney for Debtor(s)

Date: 9/23/2021

Scott F. Waterman Esq.
Chapter 13 Trustee

Approved by the Court this ___ day of _____, 2021.  However, the court retains
discretion regarding entry of any further order.

Date: September 27, 2021

Bankruptcy Judge