| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 19-15235-PMM

BARRY ALLEN EVANS
KAROLYN MAE EVANS
1641 N 17TH ST
ALLENTOWN  PA  18104-9775

Petition Filed Date: 08/21/2019
341 Hearing Date: 10/22/2019
Confirmation Date: 03/12/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/22/2021 | $235.00 | | 05/27/2021 | $235.00 | | 06/28/2021 | $235.00 | |
| 07/22/2021 | $235.00 | | 08/26/2021 | $235.00 | | 09/23/2021 | $235.00 | |
| 10/28/2021 | $235.00 | | 11/29/2021 | $235.00 | | 12/23/2021 | $235.00 | |
| 01/27/2022 | $235.00 | | 02/25/2022 | $235.00 | | 03/25/2022 | $235.00 | |
| 04/28/2022 | $235.00 | | 05/26/2022 | $235.00 | | 06/24/2022 | $235.00 | |
| 07/28/2022 | $235.00 | | | | | | | |

**Total Receipts for the Period: $3,760.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $8,185.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | LYNN E FELDMAN ESQ | Attorney Fees | $2,810.00 | $2,810.00 | $0.00 |
| 1 | LVNV FUNDING LLC »» 001 | Unsecured Creditors | $4,366.25 | $0.00 | $4,366.25 |
| 2 | CACH, LLC »» 002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | AMERICAN INFOSOURCE LP »» 003 | Unsecured Creditors | $764.10 | $0.00 | $764.10 |
| 4 | AMERICAN INFOSOURCE LP »» 004 | Unsecured Creditors | $786.65 | $0.00 | $786.65 |
| 5 | CHASE BANK USA NA »» 005 | Unsecured Creditors | $3,353.75 | $0.00 | $3,353.75 |
| 6 | JEFFERSON CAPITAL SYSTEMS LLC »» 006 | Unsecured Creditors | $502.91 | $0.00 | $502.91 |
| 7 | JEFFERSON CAPITAL SYSTEMS LLC »» 007 | Unsecured Creditors | $894.48 | $0.00 | $894.48 |
| 8 | JEFFERSON CAPITAL SYSTEMS LLC »» 008 | Unsecured Creditors | $3,372.57 | $0.00 | $3,372.57 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC »» 009 | Unsecured Creditors | $2,609.32 | $0.00 | $2,609.32 |
| 10 | QUANTUM3 GROUP LLC AS AGENT FOR »» 010 | Unsecured Creditors | $518.34 | $0.00 | $518.34 |
| 11 | QUANTUM3 GROUP LLC AS AGENT FOR »» 011 | Unsecured Creditors | $167.90 | $0.00 | $167.90 |
| 12 | QUANTUM3 GROUP LLC AS AGENT FOR »» 012 | Unsecured Creditors | $674.74 | $0.00 | $674.74 |
| 13 | JEFFERSON CAPITAL SYSTEMS LLC »» 013 | Unsecured Creditors | $837.59 | $0.00 | $837.59 |

**Chapter 13 Case No. 19-15235-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 14 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 014 | Unsecured Creditors | $871.17 | $0.00 | $871.17 |
| 15 | SEVENTH AVENUE<br>»» 015 | Unsecured Creditors | $1,477.64 | $0.00 | $1,477.64 |
| 16 | STONEBERRY<br>»» 016 | Unsecured Creditors | $854.08 | $0.00 | $854.08 |
| 17 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 017 | Unsecured Creditors | $401.74 | $0.00 | $401.74 |
| 18 | LVNV FUNDING LLC<br>»» 018 | Unsecured Creditors | $6,028.70 | $0.00 | $6,028.70 |
| 19 | BECKET & LEE, LLP<br>»» 019 | Unsecured Creditors | $1,456.68 | $0.00 | $1,456.68 |
| 20 | M&T BANK<br>»» 020 | Mortgage Arrears | $6,983.51 | $3,170.67 | $3,812.84 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 021 | Unsecured Creditors | $476.34 | $0.00 | $476.34 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 022 | Unsecured Creditors | $813.40 | $0.00 | $813.40 |
| 23 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 023 | Unsecured Creditors | $863.22 | $0.00 | $863.22 |
| 24 | TD BANK USA NA<br>»» 024 | Unsecured Creditors | $4,636.76 | $0.00 | $4,636.76 |
| 25 | LVNV FUNDING LLC<br>»» 025 | Unsecured Creditors | $1,551.74 | $0.00 | $1,551.74 |
| 26 | LVNV FUNDING LLC<br>»» 026 | Unsecured Creditors | $779.66 | $0.00 | $779.66 |
| 27 | SOUTH WHITEHALL TOWNSHIP<br>»» 027 | Secured Creditors | $149.58 | $67.92 | $81.66 |
| 28 | SOUTH WHITEHALL TOWNSHIP<br>»» 028 | Secured Creditors | $2,678.30 | $1,216.01 | $1,462.29 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,185.00 | Current Monthly Payment: | $235.00 |
| Paid to Claims: | $7,264.60 | Arrearages: | $0.00 |
| Paid to Trustee: | $704.20 | Total Plan Base: | $14,060.00 |
| Funds on Hand: | $216.20 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.