**IN THE UNITED STATES BANKRUPTCY COURT
OF THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:        KAROLYN MAE  EVANS            :
                                             :    Bankruptcy No. 19-15235
                                             :
            Debtor            :    Chapter 13
                                             :

**DEBTORS CERTIFICATION REGARDING
DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522 (q)**

*If a joint petition is filed, each spouse must complete and file a separate certification.*

*Part I. Certification Regarding Domestic Support Obligations (Check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

   X_  I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

   __  I am or have been required to pay a domestic support obligation.  I have paid all such amounts that my chapter 13 plan required me to pay.  I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II.  If you checked the second box, you must provide the information below.*

*My current address is:_*
_____

*My current employer and my employer's*
*Part III.  Certification to 11 U.S.C. Section 1328(h), I certify that:*

   XX    I have not claimed an exemption pursuant to  § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $136,875 in value in the aggregate.

   ___    I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1) and (2) that exceeds $136,875 in value in the aggregate.

*Part IV   Debtor's Signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Dated:__September 24, 2024_____        BY:    */s/ Karolyn Mae Evans_____*
                                                    *Debtor*