IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | BARRY ALLEN EVANS AND : | |
| | KAROLYN MAE EVANS : | |
| | : | Case No.  19-15235-PMM |
| | Debtors. : | Chapter. 13 |

## PRAECIPE TO WITHDRAW DOCKET ENTRY # 80

TO THE CLERK:

Kindly withdraw Debtors' docket entry number 80 filed September 24, 2024.

DATE:  September 24, 2024           BY:     */s/ Lynn E. Feldman, Esquire*
                                                            Lynn E. Feldman, Esquire
                                                            Chapter 7 Trustee
                                                            PA   I.D. No. 35996
                                                            2310 Walbert Ave.
                                                            Allentown, PA  18104
                                                            (610) 530-9285