United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-15235-pmm |
| Barry Allen Evans | Chapter 13 |
| Karolyn Mae Evans | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 24, 2024 | Form ID: 138OBJ | Total Noticed: 48 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Barry Allen Evans, Karolyn Mae Evans, 1641 N 17th St, Allentown, PA 18104-9775 |
| 14376998 | | Colavecchi & Colavecchi, 221 E Market St Box 131, Clearfield, PA 16830-2424 |
| 14377003 | | HOP Energy LLC, c/o Kraft & Kraft, P.C., 3200 Penrose Ferry Rd, Philadelphia, PA 19145-5500 |
| 14377005 | | JMMPC, 221 E Market St Box 832, Clearfield, PA 16830-2424 |
| 14377008 | | M&T Bank Mortgages, 1 Fountain Plz, Buffalo, NY 14203-1420 |
| 14437675 | + | South Whitehall Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14437674 | + | South Whitehall Township Authority, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14437673 | + | South Whitehall Township and South Whitehall Towns, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Sep 24 2024 23:58:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 24 2024 23:59:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14376990 | | Email/Text: bnc-applied@quantum3group.com | Sep 24 2024 23:59:00 | Applied Bank, 601 Delaware Ave, Wilmington, DE 19801-1462 |
| 14376991 | | Email/Text: dltlegal@hab-inc.com | Sep 24 2024 23:58:00 | Berkheimer, PO Box 25152, Lehigh Valley, PA 18002-5152 |
| 14381366 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 25 2024 00:08:07 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14376992 | | Email/Text: bnc-capio@quantum3group.com | Sep 24 2024 23:59:00 | Capio Partners, 2222 Texoma Pkwy Ste 150, Sherman, TX 75090-2481 |
| 14376993 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 25 2024 00:08:26 | Capital One Bank, 4851 Cox Rd, Glen Allen, VA 23060-6293 |
| 14385291 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 25 2024 00:08:03 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14376994 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 25 2024 00:08:43 | Capital One Bank USA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14409247 | | Email/PDF: bncnotices@becket-lee.com | Sep 25 2024 00:08:31 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14376997 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 25 2024 00:08:08 | Citicards, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14377000 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 25 2024 00:08:29 | Credit One Bank, PO Box 60500, City of Industry, |

| ID | | Delivery | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | CA 91716-0500 |
| 14376999 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 25 2024 00:08:28 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 14376995 | | Email/Text: BNSFN@capitalsvcs.com | Sep 24 2024 23:58:00 | CCS/ First National Bank, 500 E 60th St N, Sioux Falls, SD 57104-0478 |
| 14377001 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 25 2024 00:08:01 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 14377002 | ^ | MEBN | Sep 24 2024 23:54:26 | Fsb Blaze, 5501 S Broadband Ln, Sioux Falls, SD 57108-2253 |
| 14377004 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 24 2024 23:59:00 | Jefferson Capital LLC, 16 McLeland Rd, Saint Cloud, MN 56303-2198 |
| 14395544 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 24 2024 23:59:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14376996 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 25 2024 00:08:04 | Chase Card Services, PO Box 15298, Wilmington, DE 19850-5298 |
| 14388935 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Sep 24 2024 23:58:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14377006 | | Email/Text: PBNCNotifications@peritusservices.com | Sep 24 2024 23:58:00 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14377007 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 25 2024 00:08:03 | LVNV Funding, 55 Beattie Pl Ste 110, Greenville, SC 29601-5115 |
| 14381363 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 25 2024 00:08:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14411695 | | Email/Text: camanagement@mtb.com | Sep 24 2024 23:58:00 | M&T Bank, PO Box 840, Buffalo, NY 14240 |
| 14385206 | ^ | MEBN | Sep 24 2024 23:54:30 | M&T Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14377009 | | Email/Text: bankruptcy@marinerfinance.com | Sep 24 2024 23:58:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 14377010 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 25 2024 00:08:46 | Merrick Bank, PO Box 1500, Draper, UT 84020-1127 |
| 14796540 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 24 2024 23:59:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14407660 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 24 2024 23:59:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14411971 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 25 2024 00:08:28 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14377011 | | Email/Text: signed.order@pfwattorneys.com | Sep 24 2024 23:58:00 | Midland Funding LLC, c/o Pressler,Felt & Warshaw, 400 Horsham Rd Ste 110, Horsham, PA 19044-2146 |
| 14394910 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 24 2024 23:59:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14395697 | | Email/Text: bnc-quantum@quantum3group.com | Sep 24 2024 23:58:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14377012 | | Email/Text: bankruptcy@sccompanies.com | Sep 24 2024 23:59:00 | Seventh Ave, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14404084 | + | Email/Text: bankruptcy@sccompanies.com | Sep 24 2024 23:59:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14404085 | + | Email/Text: bankruptcy@sccompanies.com | Sep 24 2024 23:59:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |

Case 19-15235-pmm   Doc 84   Filed 09/26/24   Entered 09/27/24 00:36:26   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 24, 2024 | Form ID: 138OBJ | Total Noticed: 48 |

| | | | | |
|---|---|---|---|---|
| 14377013 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 25 2024 00:08:43 | Syncb/Walmart, Box 965024, Orlando, FL 32896-5024 |
| 14377690 | ^ | MEBN | Sep 24 2024 23:54:47 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14412492 | + | Email/Text: bncmail@w-legal.com | Sep 24 2024 23:59:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14377014 | + | Email/Text: bncmail@w-legal.com | Sep 24 2024 23:58:00 | TD Bank USA/Target Credit, 3701 Wayzata Blvd, Minneapolis, MN 55416-3440 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 26, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2024 at the address(es) listed below:

**Name**   **Email Address**

DENISE ELIZABETH CARLON
   on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com

JAMES RANDOLPH WOOD
   on behalf of Creditor South Whitehall Township and South Whitehall Township Authority jwood@portnoffonline.com jwood@ecf.inforuptcy.com

LYNN E. FELDMAN
   on behalf of Joint Debtor Karolyn Mae Evans feldmanfiling@rcn.com  feldman.lynnb123770@notify.bestcase.com

LYNN E. FELDMAN
   on behalf of Debtor Barry Allen Evans feldmanfiling@rcn.com  feldman.lynnb123770@notify.bestcase.com

ROLANDO RAMOS-CARDONA
   on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
   ECFMail@ReadingCh13.com

Scott F Waterman
   on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

*Form 138OBJ* (6/24)−doc 83 − 78

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Barry Allen Evans ) Case No. 19−15235−pmm
 )
 )
   Karolyn Mae Evans ) Chapter: 13
 )
   Debtor(s). )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> United States Bankruptcy Court
> Office of the Clerk, Gateway Building
> 201 Penn Street, 1st Floor
> Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: September 24, 2024                                For The Court

                                                                                          Timothy B. McGrath
                                                                                           Clerk of Court